# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ayako Jamel Wiltshire,<br>    aka Ayako J. Wiltshire,<br>    aka Ayako Wiltshire<br>                      Debtor(s) | BK NO. 17-01883 JJT<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of HomeBridge Financial Services, Inc. and index same on the master mailing list.

                                                Respectfully submitted,

                                                **/s/James C. Warmbrodt, Esquire**
                                                James C. Warmbrodt, Esquire
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106
                                                412-430-3594