Certificate Number: 12433-PAM-DE-029469808

Bankruptcy Case Number: 17-01883


12433-PAM-DE-029469808

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on June 23, 2017, at 5:11 o'clock AM EDT, Ayako J. Wiltshire completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 23, 2017

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher