```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-01883-JJT
Ayako Jamel Wiltshire                                               Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 0314-5          User: admin              Page 1 of 1            Date Rcvd: Aug 28, 2017
                              Form ID: 318             Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2017.
```
db              +Ayako Jamel Wiltshire,    9435 Juniper Drive,    Tobyhanna, PA 18466-3820
4918218         +HOMEBRIDGE FINANCIAL SERVICES,    425 PHILLIPS BLVD,    EWING, NJ 08618-1430
4918219         +KML LAW GROUP,    STE 5000-BNY INDEPEN CTR,    701 MARKET STREET,    PHILADELPHIA, PA 19106-1538
4918220         +NYC OFFICE OF CHILD SUPPORT ENFORCE,    PO BOX 14,    ALBANY, NY 12201-0014
4918221          PA AMERICAN WATER,    PO BOX 371412,    PITTSBURGH, PA 15250-7412
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4918213         +EDI: APPLIEDBANK.COM Aug 28 2017 19:03:00      Applied Bank,    PO BOX 17125,
                 WILMINGTON, DE 19850-7125
4918214         +EDI: CONVERGENT.COM Aug 28 2017 19:03:00      CONVERGENT OUTSOURCING,    800 SW 39TH ST,
                 RENTON, WA 98057-4975
4918215          EDI: RCSFNBMARIN.COM Aug 28 2017 19:03:00      CREDIT ONE BANK,    PO BOX 98873,
                 LAS VEGAS, NV 89193-8873
4918216         +E-mail/Text: electronicbkydocs@nelnet.net Aug 28 2017 19:03:35      DEPT OF EDUCATION/NELNET,
                 121 S 13TH ST,    LINCOLN, NE 68508-1904
4918217         +E-mail/Text: jmoreno@hillcrestdavidson.com Aug 28 2017 19:03:28      HILLCREST DAVIDSON,
                 715 N GLENVILLE DR STE 4,    RICHARDSON, TX 75081-2898
4935451          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 28 2017 19:03:32
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
                                                                                              TOTAL: 6

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2017 at the address(es) listed below:
```
              James    Warmbrodt    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
               rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor Ayako Jamel Wiltshire
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                                             TOTAL: 4
```

| | | |
|---|---|---|
| Debtor 1 | **Ayako Jamel Wiltshire** | Social Security number or ITIN xxx–xx–5552 |
| | First Name    Middle Name    Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN ____ |
| | | EIN __–_____ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **5:17–bk–01883–JJT** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ayako Jamel Wiltshire
aka Ayako J. Wiltshire, aka Ayako Wiltshire

**By the court:** _[signature]_

August 28, 2017

Honorable John J. Thomas
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**